Dossie ROSE *v.* STATE of Arkansas

CR 92-190                                        822 S.W.2d 850

Supreme Court of Arkansas
Opinion delivered March 2, 1992

*Clarke Arnold*, for appellant.

No objection.

PER CURIAM. Appellant, Dossie Rose, by his attorney, has filed for a rule on the clerk.

His attorney, Clarke Arnold, admits that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Related Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.